JOHN BRAY AND EULA BRAY, *Appellants* v. MILLIE MC-
CALDER, ADMINISTRATRIX OF THE ESTATE OF SAM MC-
CALDER, ALIAS SAM MCKELLER, DECEASED, *Appellee.*

Decision Filed April 12, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Santa Rosa
County; A. G. Campbell, Judge.

*E. M. Magaha,* for Appellants;

*W. W. Clark,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the Court that the
said decree of the Circuit Court be, and the same is hereby,
affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.